## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:98CR3079 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| THOMS A. BIRKEL, | ) | DESTROYED |
| | ) | |
| Defendant. | ) | |

Pursuant to NECrimR 55.1(g), counsel for defendant shall either 1) withdraw the following exhibit previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibit should not be destroyed:

Defendant Exhibit #304 (SEALED)/Sentencing/April 23, 1999

If counsel fails to withdraw this exhibit as directed or to show cause why the exhibit should not be destroyed, the clerk's office is directed to destroy the listed exhibit without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 24th day of February, 2009.

s/ Richard G. Kopf
United States District Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07